**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-2156**

MICHAEL J. VAN,

                Plaintiff – Appellant,

      v.

BAC HOME LOAN SERVICING LP, a subsidiary of Bank of America,
N.A. formerly known as Countrywide Home Loans Servicing LP;
FANNIE MAE, FNMA; LAW OFFICES OF SHAPIRO & BURSON, LLP;
PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA; MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS INC.; JOHN M. AHERN,
Trustee; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR
EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE
PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS'
TITLE, OR ANY CLOUD ON PLAINTIFFS,

                Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.   Raymond A. Jackson,
District Judge. (4:10-cv-00073-RAJ-TEM)

Submitted:  January 10, 2011      Decided:  January 27, 2011

Before DAVIS, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael J. Van, Appellant Pro Se.  Jenelle Marie Dennis, BALLARD
SPAHR, LLP, Bethesda, Maryland; Constantinos George
Panagopoulos, Gary Clifford Tepper, BALLARD SPAHR, LLP,
Washington, D.C.; Peter Grasis, RATHBUN & GOLDBERG, PC, Fairfax,

Virginia; Lawrence Steven Emmert, SYKES, BOURDON, AHERN & LEVY, PC, Virginia Beach, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael J. Van appeals the district court's order granting the Defendants' motions to dismiss, and dismissing Van's civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Van v. BAC Home Loan Servicing LP, No. 4:10-cv-00073-RAJ-TEM (E.D. Va. filed Sept. 23, 2010 & entered Sept. 24, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED